REBECCA DONNER, Respondent, v. THE MCCALL COMPANY, Appellant.— Judgment affirmed, with costs.  No opinion.  Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

JULIA LANYI, Respondent, v. GUSTAV LANYI, Appellant.— Judgment affirmed, with costs.  No opinion.  Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ISIDORE HYMAN and Another, Copartners, etc., Respondents, v. ISRAEL J. HULLMAN, Appellant.— Judgment affirmed, with costs.  No opinion.  Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISIDORE FRIEDLANDER, Appellant.— Judgment affirmed.  No opinion.  Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.